PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
CR-04-104-GF-SEH-01

DOCKET NUMBER (Rec. Court)
CR08-0293

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shane Martin WOODCOCK<br>25800 Industrial Blvd., #B116<br>Hayward, CA 94541 | Montana | Great Falls |
| | NAME OF SENTENCING JUDGE<br>Honorable Sam E. Haddon | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>3/3/08 | TO |

OFFENSE

Interstate Transportation of a Stolen Motor Vehicle; Theft of Identity; Interstate Transportation of Stolen Property.

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Montana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/14/08            /s/ Sam E. Haddon
Date               Sam E. Haddon, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY -1 2008              /s/
Effective Date           United States District Judge

RECEIVED APR 15 2008 Clerk U.S. District Court District of Montana Great Falls Division

E-filing

DLJ FILED MAY -5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

2008 MAY -2 PM — U.S. PROBATION NORTHERN DIST. CALIF RECEIVED

2008 APR 18 PM 2:00 U.S. PROBATION OFFICE NORTHERN DIST. CALIF. OAKLAND RECEIVED