

Patrick E. Duffy
Clerk of Court
U.S. District Court
District of Montana

**FILED**

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

To: Clerk, U.S. District Court, Northern District of California

Re: Transfer of Our Case #CR-04-104-GF-SEH
Your Case # CR08-0293

Dear Sir/Madam:

Transfer of Probationary Jurisdiction to your district having been approved in the above entitled matter, enclosed are the certified copies of:

Judgment and Transfer of Jurisdiction Order
Copy of the docket sheet for both cases

Please acknowledge receipt of these documents on the copy of this letter and return to this District with the enclosed envelope.

Sincerely,

*Megan Stewart*
Megan Stewart
Deputy Clerk - Great Falls Division

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR-04-104-GF-SEH-01 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) CR08-0293 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Montana | DIVISION Great Falls |
|---|---|---|
| Shane Jacob WOODCOCK 25800 Industrial Blvd., #B116 Hayward, CA 94541 | NAME OF SENTENCING JUDGE Honorable Sam E. Haddon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/3/08 |

**OFFENSE**

Interstate Transportation of a Stolen Motor Vehicle; Theft of Identity; Interstate Transportation of Stolen Property

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Montana_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Northern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/17/08
Date

*signature*
Sam E. Haddon, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 1 2008
Effective Date

*signature*
United States District Judge

UNITED STATES OF AMERICA ) ss
DISTRICT OF MONTANA )
I, Patrick E. Duffy, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office.
Dated this 30th day of May 20 08
PATRICK E. DUFFY, Clerk
By *signature*

FILED AND ENTERED
IN CRIMINAL DOCKET

MAY - 3 2005

PATRICK E. DUFFY, CLERK

By _____ Deputy

# UNITED STATES DISTRICT COURT

GREAT FALLS DIVISION  District of  MONTANA

UNITED STATES OF AMERICA
V.
SHANE JACOB WOODCOOK

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR 04-104-GF-SEH

USM Number: 08434-046

Evangelo Arvanetes (Appointed)
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)  I, II, and III of the Indictment.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2312 | Interstate Transportation of a Stolen Motor Vehicle | July 24, 2003 | I |
| 18 U.S.C. § 1028(a)(7) | Theft of Identity | July 24, 2003 | II |
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property | Aug. 25, 2003 | III |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 2, 2005
Date of Imposition of Judgment

/s/ Sam E. Haddon
Signature of Judge

Sam E. Haddon, District Judge
Name and Title of Judge

May 3, 2005
Date

CERTIFICATE OF MAILING
DATE: 5/3/05 BY: ___
I hereby certify that a copy of this order was mailed to:
USA
FD Van
USM +4
USPO +2
JIC
msla
opp

VOL 26, PG 44

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original now on file in my office.
Dated this 20th day of May, 2008.
PATRICK E. DUFFY, Clerk
By /s/ Megan Stewart
Deputy

DEFENDANT: SHANE JACOB WOODCOOK
CASE NUMBER: CR 04-104-GF-SEH

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 41 months to be served consecutively to any unserved time on any prior conviction in any other court.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: SHANE JACOB WOODCOOK
CASE NUMBER: CR 04-104-GF-SEH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, destructive device, ammunition, or any other dangerous weapon. (Check, if applicable.)
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: SHANE JACOB WOODCOOK
CASE NUMBER: CR 04-104-GF-SEH

# SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall not possess or use any computer or other electronic device which can provide access to the internet.

2. Defendant will provide the United States Probation Office with any requested financial information and will incur no new lines of credit without the prior approval of the United States Probation Office.

3. Defendant shall cooperate in the collection of DNA as directed by the United States Probation Office.

4. Defendant shall participate in and complete a program of substance abuse testing and treatment as approved by the United States Probation Office, until Defendant is released from the program by the probation office. Defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Office.

5. Defendant shall participate in a program for mental health treatment as deemed necessary by the United States Probation Office, until such time as Defendant is released from the program by the probation office. Defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Office.

6. Defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.

7. Defendant shall submit his person, residence, place of employment or vehicle to a search, conducted by a United States probation officer, based on reasonable suspicion of contraband or evidence in violation of a condition of release. Failure to submit to search may be grounds for revocation. Defendant shall warn any other residents that the premises may be subject to searches under the terms of the condition.

8. **IT IS ORDERED** that Defendant pay restitution in the amount of $7,301.75, at a rate of $100 per month, or as otherwise directed by the United States Probation Office. Payment shall be payable to:

    Clerk, United States District Court
    P.O. Box 2186
    Great Falls, Montana 59403
    **Reimbursement Shane Jacob Woodcook**

and shall be disbursed to:

    Ryan Hawkes                $5,530.70
    Hawkes Motors
    9393 Fairview Avenue
    Boise, Idaho 83704

    Hugh Crowell               $1,771.05
    Highline Polaris
    6 - 1st Street
    Havre, Montana 59501

DEFENDANT: SHANE JACOB WOODCOOK
CASE NUMBER: CR 04-104-GF-SEH

Judgment — Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 300 | $ WAIVED | $ 7,301.75 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Ryan Hawkes<br>Hawkes Motors<br>9393 Fairview Avenue<br>Boise, Idaho 83704 | | 5,530.70 | |
| Hugh Crowell<br>Highline Polaris<br>6-1st Street<br>Havre, Montana 59501 | | 1,771.05 | |
| **TOTALS** | $ _____ | $ 7,301.75 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

X The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

REOPEN, TERMED

# U.S. District Court
## United States District Court District Of Montana (Great Falls)
## CRIMINAL DOCKET FOR CASE #: 4:04-cr-00104-SEH-1
### Internal Use Only

Case title: USA v. Woodcook

Date Filed: 07/23/2004
Date Terminated: 05/02/2005

Assigned to: Judge Sam E Haddon

Appeals court case numbers: '06-30352'
'9th Circuit', 05-30252

### Defendant (1)

**Shane Jacob Woodcook**
*TERMINATED: 05/02/2005*

represented by **Evangelo Arvanetes**
FEDERAL DEFENDERS OF
MONTANA - GREAT FALLS
BRANCH
PO Box 3547
Great Falls, MT 59403-3547
406-727-5328
Fax: 727-4329
Email: vann_arvanetes@fd.org
*TERMINATED: 05/02/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

### Pending Counts

18:13-2300.F INTERSTATE
TRANSPORTATION OF A STOLEN
MOTOR VEHICLE
(1)

### Disposition

BOP: 41 MONTHS, to be served
consecutively to any unserved time on
any prior conviction in any other court;
spr rel 3 yrs. Restitution $7301.75 at
$100 month. Spec assess $300 due
immed. RESENTENCING per USCA
remand - held 5/22/06: BOP: 41 MOS to
be served consecutively to any
undischarged state court sentence in
California. Spr rel 3 yrs. Restit $7301.75

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United
States District Court for the District of
Montana, hereby certify that the above and
foregoing is a true copy of the original now
on file in my office.

Dated this 20th day of
may 2008
PATRICK E. DUFFY, Clerk
By_____
    Deputy

|  |  |
|---|---|
| 18:1028A.F THEFT OF IDENTITY<br>(2) | at $100 month. Spec assess $300.<br><br>BOP: 41 MONTHS, to be served consecutively to any unserved time on any prior conviction in any other court; spr rel 3 yrs. Restitution $7301.75 at $100 month. Spec assess $300 due immed. RE-SENTENCING per USCA remand on 5/22/06: BOP 41 mos to be served consecutively to any undischarged state court sentence in California , spr rel 3 yrs, restit $7301.75 at $100 mos. Spec asses $300. |
| 18:13-2300.F INTERSTATE TRANSPORTATION OF STOLEN PROPERTY<br>(3) | BOP: 41 MONTHS, to be served consecutively to any unserved time on any prior conviction in any other court; spr rel 3 yrs. Restitution $7301.75 at $100 month. Spec assess $300 due immed. RE-SENTENCING per USCA remand on 5/22/06: BOP 41 months to be served consecutively to any undischarged state court sentence in California , spr rel 3 yrs. Restit $7301.75 at $100 month. Spec assess $300. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

---

**Plaintiff**

USA                           represented by   **Carl E. Rostad**
                                               P.O. Box 3447
                                               119 First Avenue North #300
                                               Great Falls, MT 59403
                                               406-761-7715

Fax: 453-9973
Email: carl.rostad@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | 53 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Shane Jacob Woodcook Transmitted Transfer of Jurisdiction form, with certified copies of judgment and docket sheet. (Attachments: # 1 Letter) (MMS, ) Modified on 5/20/2008 to reflect copy of judgment and docket sheet mailed to 450 Golden Gate Ave, Box 26060, San Francisco, CA 94102, Original file is still at Court of Appeals therefor a copy of indictment was not included (MMS, ). (Entered: 05/20/2008) |
| 04/15/2008 | 52 | Remark: Received 2 signed copies of transfer of jurisdiction for the Northern District of California signed by Judge Haddon. (Both copies given to USPO) (Attachments: # 1 Cover Letters)(MMS, ) (Entered: 04/15/2008) |
| 01/22/2008 | 51 | MANDATE of USCA (certified copy) as to Shane Jacob Woodcook re 41 Notice of Appeal - Final Judgment, jdgmnt of USDC is AFFIRMED.(LAV, ) (Entered: 01/22/2008) |
| 01/03/2007 | 50 | Acknowledgment of Record on Appeal re 41 Notice of Appeal - Final Judgment (MMS, ) (Entered: 01/03/2007) |
| 12/01/2006 | 49 | Certified and Transmitted Record on Appeal as to Shane Jacob Woodcook to US Court of Appeals re 41 Notice of Appeal - Final Judgment. Original record contained in one volume and one original transcript. (MMS, ) (Entered: 12/01/2006) |
| 09/13/2006 |  | Appeal Record Returned - ONE BLUE FILE - placed in CLOSED - as to Shane Jacob Woodcook: 41 Notice of Appeal - Final Judgment (LAV, ) (Entered: 09/13/2006) |
| 07/12/2006 | 48 | CERTIFICATE OF RECORD transmitted to 9th Circuit; TRANSCRIPTS FILED 7/12/06 (LAV, ) (Entered: 07/12/2006) |
| 07/12/2006 | 47 | TRANSCRIPT filed as to Shane Jacob Woodcook for dates of MAY 22, 206 SENTENCING before Judge Sam E. Haddon, re 41 Notice of Appeal - Final Judgment Court Reporter: Tina Brilz. (LAV, ) (Entered: 07/12/2006) |
| 06/22/2006 | 46 | USCA Case Number as to Shane Jacob Woodcook 06-30352 for 41 Notice of Appeal - Final Judgment filed by Shane Jacob Woodcook,. (MMS, ) (Entered: 06/22/2006) |
| 06/16/2006 | 45 | Amended Judgment Returned Executed as to Shane Jacob Woodcook on 6/9/06. (LAV, ) (Entered: 06/19/2006) |
| 06/14/2006 | 44 | TRANSCRIPT DESIGNATION FORM by Shane Jacob Woodcook for proceedings held on Sentencing 5/22/06 before Judge Sam E. Haddon, re 41 Notice of Appeal - Final Judgment; C/R Tina Brilz (LAV, ) (Entered: |

| | | |
|---|---|---|
| | | 06/15/2006) |
| 06/09/2006 | | Remark Appeal Packet Mailed to USCA (MMS, ) (Entered: 06/09/2006) |
| 06/09/2006 | 43 | Appeal Notification Form as to Shane Jacob Woodcook to US Court of Appeals re 41 Notice of Appeal - Final Judgment (MMS, ) (Entered: 06/09/2006) |
| 06/09/2006 | 42 | Time Scheduling Order as to Shane Jacob Woodcook re 41 Notice of Appeal - Final Judgment: Transcript Ordered From Court Reporter 6/30/06, Court Reporter's transcript filed 7/31/06, Appellant's Opening Brief 9/11/06, Appellee's Brief 10/11/06, Appellant's Reply Brief 10/25/06. (MMS, ) (Entered: 06/09/2006) |
| 06/01/2006 | 41 | NOTICE OF APPEAL by Shane Jacob Woodcook re 40 Amended Judgment, Filing fee $ 455. (Arvanetes, Evangelo) (Entered: 06/01/2006) |
| 05/26/2006 | 40 | AMENDED JUDGMENT as to Shane Jacob Woodcook (1), Counts 1,2,3 Committed to custody of BOP for 41 MONTHS, to be served consecutively to any undischarged state court sentence in California; placed on supervised release for 3 years. Pay Restit $7301.75 at $100 month. Spec assess $300. Signed by Judge Sam E. Haddon on 5/26/2006. J/O Book Vol 27 Page 66 (TLO, ) (Entered: 05/31/2006) |
| 05/22/2006 | 39 | Minute Entry; RE-SENTENCING 5/22/06 for dft SHANE JACOB WOODCOOK (per USCA mandate/remand for re-sentencing) w/AUSA Rostad, FD Ness (for Arvanetes), dft in custody for proceedings held before Judge Sam E. Haddon: Crt notes prev case history of sentence, gdlns applied, 9th cir opinion as to whether 2 lev increase serious bodily injury/death should have been in calculations. Cnsl affirms that is only issue. Crt discussion: Argt at 9th Cir "dft puts himself at risk by his actions" - Cnsl respond. Crt finds net off level 12, cr hist 6, range 30-37 mos. Alloc. USA response. Crt sentences dft to BOP 41 MONTHS, spr rel 3 yrs. Restitution $7301.75 at $100 month. Spec assess $300 due immed. No obj. USA rqsts crt state sentence is consecutive tos tate crt sentence in California. Crt: Granted; Sentence as announced is amended as to any undischarged sentence by state court. Right to Appeal given. Dft remanded. C/D Leslie Vaskey. Recess 1:30 pm. (Court Reporter Tina Brilz.) (LAV, ) Modified on 5/24/2006 (LAV, ) for addtl info/typos. (Entered: 05/24/2006) |
| 05/16/2006 | 38 | NOTICE of Defendant's Documents in Aid of Resentencing by Shane Jacob Woodcook (Attachments: # 1 Exhibit Progress Report and Monetary Award)(Arvanetes, Evangelo) (Entered: 05/16/2006) |
| 04/20/2006 | 37 | ORDER denying 36 Motion to Waive Personal Appearance of deft Shane Woodcook at Resentencing. Deft shall be present at the re-sentencing hearing on 5/22/06.. Signed by Judge Sam E. Haddon on 4/20/2006. (TLO, ) (Entered: 04/20/2006) |
| 04/04/2006 | 36 | MOTION to Waive Personal Appearance of the Defendant at Resentencing by Shane Jacob Woodcook. (TLO, ) (Entered: 04/04/2006) |
| 04/04/2006 | 35 | NOTICE OF CONVENTIONAL FILING of Motion to Waive Personal Appearance of Deft At Resentencing by Shane Jacob Woodcook (TLO, ) |

| | | (Entered: 04/04/2006) |
|---|---|---|
| 04/04/2006 | 34 | WAIVER OF Personal Appearance at Resentencing by deft Shane Jacob Woodcook (TLO, ) (Entered: 04/04/2006) |
| 04/04/2006 | 33 | NOTICE OF CONVENTIONAL FILING of Waiver of Appearance at Resentencing by Shane Jacob Woodcook (TLO, ) (Entered: 04/04/2006) |
| 03/29/2006 | 32 | ORDER as to Shane Jacob Woodcook; On 3/15/06, the USCA issd its Mandate (#31)and remanded back to this crt for further action; ORDERED: Re-Sentencing set for 5/22/2006 01:00 PM before Judge Sam E. Haddon. Clk to notify cnsl, USPO, and USM. The USM shall ensure dft is available to personally appear at apptd time. Signed by Judge Sam E. Haddon on 3/29/2006. (LAV, ) (Entered: 03/29/2006) |
| 03/20/2006 | 31 | MANDATE of USCA (certified copy) as to Shane Jacob Woodcook re 24 Notice of Appeal - Final Judgment USDC Jdgmnt is VACATED and REMANDED.(LAV, ) (Entered: 03/20/2006) |
| 01/13/2006 | | Certified and Transmitted Record on Appeal as to Shane Jacob Woodcook to US Court of Appeals re 24 Notice of Appeal - Final Judgment (One Volume) (TLO, ) (Entered: 01/13/2006) |
| 08/08/2005 | 30 | JUDGMENT and Commitment returned executed on 7/28/05 as to Shane Jacob Woodcook (1) count(s) 1, 2, 3 (SEALED) (Entered: 08/08/2005) |
| 06/13/2005 | 29 | APPEAL CERTIFICATE OF RECORD Transmitted to USCA regarding [24-1] (MJG) (Entered: 06/13/2005) |
| 06/13/2005 | 28 | TRANSCRIPT of sentencing held in GF on 5/2/05 re 24-1; C/R: Tina Brilz (MJG) (Entered: 06/13/2005) |
| 05/31/2005 | 27 | APPEAL NUMBER received from USCA regarding [24-1] ( Appeal Number: 05-30252) (TLO) (Entered: 06/03/2005) |
| 05/17/2005 | 26 | APPEAL Transcript Designation and Order form for the dates of sentencing 05/02/05 regarding [24-1]; C/R Tina Brilz (SEALED) (Entered: 05/17/2005) |
| 05/16/2005 | | REMARK; appeal packet to cnsl Rostad and Arvanetes, cert cys to USCA. (LAV) (Entered: 05/16/2005) |
| 05/09/2005 | 25 | Time Scheduling Order as to defendant Shane Jacob Woodcook Transcript Order due: 06/13/05 Court Reporter Transcript due: 07/13/05 Appelant brief due: 08/22/05 Appellee brief due: 09/21/05 Appelant Reply brief due 10/5/05 (SEALED) (Entered: 05/13/2005) |
| 05/06/2005 | 24 | APPEAL Notice to USCA by defendant Shane Jacob Woodcook regarding [22-2] fees e (cc: all counsel) (LAV) (Entered: 05/09/2005) |
| 05/03/2005 | 23 | JUDGMENT AND COMMITMENT entered as to Shane Jacob Woodcook regarding [22-2] minutes of sentencing; to BOP 41 MONTHS, restitut $7301.75, spec assess $300, by Judge Sam E. Haddon, VOLUME 26, PAGE 44. (cc: all counsel) (LAV) (Entered: 05/03/2005) |

| 05/02/2005 | 22 | MINUTES: SENTENCING held for dft SHANE JACOB WOODCOOK 5/2/05 w/AUSA Carl Rostad, FD Arvanetes, dft in custody 2:30 pm before Judge Sam E. Haddon. Obj to PSR noted by crt. FD w/d obj; crt notes factual obj made. Crt finds offense level 13, cr hist 6, $7301.75 rest. Allocution. USA response. At sentencing hrg held on 5/2/05 , crt sentences Shane Jacob Woodcook (1) counts 1,2,3 to BOP: 41 MONTHS, to be served consecutively to any unserved time on any prior conviction in any other court; spr rel 3 yrs. Stand & spec cond in J/C. Restitution $7301.75 at $100 month. Spec assess $300 due immed. Right to appeal given. No obj. 3:10 pm recess. terminating party Shane Jacob Woodcook and case terminated C/R: Tina Brilz, C/D Leslie Vaskey, USPO Bob Warneke. (LAV) (Entered: 05/03/2005) |
|---|---|---|
| 04/22/2005 | 21 | STATEMENT of DISPUTED FACTS and GUIDELINE CALCULATION NOTICE by plaintiff USA (LAV) (Entered: 04/25/2005) |
| 01/19/2005 | 20 | PETITION to OPEN JUV RECORDS by USPO Bob Warneke; ORDER by Judge Sam E. Haddon (cc: all counsel) (LAV) (Entered: 01/20/2005) |
| 01/04/2005 | 19 | ORDER by Judge Sam E. Haddon regarding [18-4] mtn to c/p: sentencing hearing set for 2:30 5/2/05 for Shane Jacob Woodcook (cc: all counsel) (LAV) (Entered: 01/04/2005) |
| 01/04/2005 | 18 | MINUTES: CHANGE OF PLEA held for dft SHANE JACOB WOODCOOK 1/4/05 w/AUSA Suek (for Rostad), FD Arvanetes, dft in custody 1:00 pm before Judge Sam E. Haddon; dft sworn, quest by crt. Dft satis w/cnsl. Charges read. Max penalties, constitutional rights stated. Terms & cond of plea agmnt dscsd. Elem of offense stated by govt; no obj. Dft admits to offenses as charged in Cnts, 1,2,3. Proffer of govt recd; no obj. Crt grants mtn to c/p [12-1] at c/p hrg held 1/4/05 , finding dft competent, plea knowing & voluntary; guilty pleas entered to Counts I, II, II by Shane Jacob Woodcook ; dft adjudged guilty. SENTENCING set for MAY 2, 2005 at 2:30 pm. Dft remanded. Recess: 1:48 pm. C/R: Tina Brilz, C/D Leslie Vaskey. (LAV) (Entered: 01/04/2005) |
| 01/03/2005 | 17 | ORDER by Judge Sam E. Haddon granting motion for order for substitute cnsl to appear at c/p hrg [16-1] (cc: fax all counsel) (LAV) (Entered: 01/03/2005) |
| 12/30/2004 | 16 | MOTION for order for substitute cnsl to appear at c/p hrg by USA as to Shane Jacob Woodcook (LAV) (Entered: 01/03/2005) |
| 12/30/2004 | 15 | ORDER by Judge Sam E. Haddon; mtn to c/p filed; Jury trial set 2/8/05 is VACATED; change of plea hearing set for 1:00 1/4/05 for Shane Jacob Woodcook ( fax all counsel) (LAV) (Entered: 12/30/2004) |
| 12/29/2004 | 14 | Offer of PROOF by plaintiff USA as to defendant Shane Jacob Woodcook (LAV) (Entered: 12/29/2004) |
| 12/27/2004 | 13 | PLEA Agreement as to Shane Jacob Woodcook; pleading to all counts in indict (LAV) (Entered: 12/27/2004) |
| 12/22/2004 | | PROPOSED lodged order re #12 submitted by defendant Shane Jacob Woodcook (LAV) (Entered: 12/27/2004) |

| 12/22/2004 | 12 | MOTION to change plea to Count I, II, III by Shane Jacob Woodcook (LAV) (Entered: 12/27/2004) |
|---|---|---|
| 12/13/2004 | 11 | ARREST Warrant returned executed as to Shane Jacob Woodcook on 12/2/04 (MJG) (Entered: 12/17/2004) |
| 12/08/2004 | 10 | ORDER by Judge Sam E. Haddon; PPTC held 12/8/04; JURY TRIAL: 2/8/05 8:45 AM; dscvy ddl: 12/10/04; mtns ddl: 12/17/04; resp ddl: 12/24/04; plea agmnt ddl: 1/21/05; jy instr/trl brf ddl: 1/27/05 for dft Shane Woodcook (cc: all counsel) (SEALED) (Entered: 12/10/2004) |
| 12/02/2004 | 9 | ORDER by Judge Carolyn S. Ostby: Telephone pretrial conference set for 2:45PM on 12/8/04 w/Judge Haddon, for Shane Jacob Woodcook (cc: all counsel, USM, USPO, Law Clk) (MJG) (Entered: 12/09/2004) |
| 12/02/2004 | 8 | ORDER by Judge Carolyn S. Ostby: Evangelo Arvanetes is appointed to represent Shane Jacob Woodcook for all proceedings (cc: all counsel, USM, USPO) (MJG) (Entered: 12/09/2004) |
| 12/02/2004 | 7 | CJA Form 23 (Financial Affidavit) as to Shane Jacob Woodcook (MJG) (Entered: 12/09/2004) |
| 12/02/2004 | 6 | (12/2/04) 2:30PM to 2:40PM MINUTES OF ARRAIGNMENT ON INDICTMENT FOR SHANE JACOB WOODCOOK, before Judge Carolyn S. Ostby in GF: AUSA/Craig Haller (for Carl Rostad), deft cnsl/Evangelo Arvanetes, deft & PTSO/Kevin Heffernan present. Deft answers true name & states he has reviewed Indictment w/cnsl. Crt advises deft re charges & right to remain silent; reviews CJA 23, examines deft re information reported & appoints Arvanetes. Deft waives reading of Indictment. Crt advises deft re maximum penalties. Deft pleads NOT GUILTY to Counts 1-3 of Indictment. Crt orders pleas entered & sets telephone pretrial conference for 2:45PM on 12/8/04 w/Judge Haddon; orders deft detained & remanded to custody of USM (deft here on WHC) [LOCATION CUSTODY] C/R: Tina Brilz; Clk: Marlyn Gersack; L/C: Jordan York (MJG) (Entered: 12/09/2004) |
| 12/02/2004 |  | MINUTES: case unsealed (SEALED) (Entered: 12/09/2004) |
| 10/21/2004 |  | (Court only) Docket Modification (Utility) ; arraignment set for 9:00 12/2/04 for Shane Jacob Woodcook (SEALED) (Entered: 10/21/2004) |
| 10/21/2004 | 5 | SECOND ORDER by Judge Carolyn S. Ostby granting USA's motion for writ of habeas corpus (for prosecution) directing Warden of Avenal State Prison, CA & USM/MacKay to bring Shane Woodcook before CSO on 12/2/04 at 9:00AM for arraignment [4-1]; WHC issued as to Shane Jacob Woodcook (cc: all counsel, USM, USPO) (SEALED) (Entered: 10/21/2004) |
| 10/20/2004 | 4 | SECOND PETITION/MOTION for writ of habeas corpus (for prosecution) directing Warden of Avenal State Prison, CA & USM/MacKay to bring Shane Woodcook before CSO on 12/2/04 at 9:00AM for arraignment, by USA (cpy to CSO w/prop order, prop WHC & file) (SEALED) (Entered: 10/21/2004) |

| 10/08/2004 | | WRIT issued by clerk for USM to produce Shane Woodcook for court on 10/28/04 at 9:00 am (SEALED) (Entered: 10/08/2004) |
|---|---|---|
| 10/07/2004 | | (Court only) Docket Modification (Utility) regarding [3-1] ; arraignment set for 9:00 10/28/04 for Shane Jacob Woodcook (SEALED) (Entered: 10/08/2004) |
| 10/07/2004 | 3 | ORDER by Judge Sam E. Haddon granting motion for writ of habeas corpus (for prosecution) [2-1] Clk to issue Writ directing Warden of High Desert Prison, Susanville CA & USM Dwight MacKay to produce Shane Jacob Woodcook for court on 10/28/04 at 9:00 am & Shane Woodcook is to stay in Federal custody until conclusion of his case. (cc: all counsel) (SEALED) (Entered: 10/08/2004) |
| 10/04/2004 | 2 | PETITION/MOTION for writ of habeas corpus (for prosecution) by USA, directing USM/MacKay & Warden/High Sester Prison, Susanville, CA, to bring Shane Jacob Woodcook to crt for his arraignment on 10/28/04 @9:00AM, before Judge Ostby in GF (to CSO w/prop order & file) (SEALED) (Entered: 10/04/2004) |
| 08/11/2004 | | Per call to AUSA/GF..mtn for WHC will be filed (MJG) (Entered: 08/11/2004) |
| 07/26/2004 | | ARREST Warrant issued by C/C Billings for Shane Jacob Woodcook; dlv orig and 1 w/cert copy of indct to USM in Billings, MT for service (cc:USA, USM, PROB) (MJG) (Entered: 08/11/2004) |
| 07/23/2004 | | MINUTES: sealing case (MJG) (Entered: 08/11/2004) |
| 07/23/2004 | 1 | INDICTMENT filed against Shane Jacob Woodcook (1) count(s) 1, 2, 3; Grand Jury held on 7/23/04 at Billings, MT (cc: USA, USM, USPO) (MJG) (Entered: 08/11/2004) |