# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**FILED**
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Shane Jacob Woodcook | Docket No.: | CR 08-0293 DLJ |

Name of Sentencing Judge:   Sam E. Haddon
United States District Judge

Date of Original Sentence:   May 22, 2006

Original Offense:
Count One: Interstate Transportation of a Stolen Motor Vehicle, 18 U.S.C. § 2312, a Class D felony
Count Two: Theft of Identity, 18 U.S.C. § 1028(a)(7), a Class C felony
Count Three: Interstate Transportation of Stolen Property, 18 U.S.C. § 2314, a Class D felony

Original Sentence: 41 months custody, 3 years TSR

Special Conditions: Special assessment $300; restitution $7,301.75; drug/alcohol treatment; mental health treatment; no new lines of credit or debt; no computer with access to any on-line computer service; search; DNA collection; random urinalysis testing; and no alcohol.

Jurisdiction of this case was transferred from the District of Montana, and assigned to the Honorable D. Lowell Jensen on May 1, 2008.

Type of Supervision: Supervised Release          Date Supervision Commenced: March 3, 2008
Assistant U.S. Attorney: Dist. Of Montana        Defense Counsel: Dist. Of Montana (Appointed)

## Petitioning the Court to Take Judicial Notice

cc TO PROBATION - RS

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that prohibits him from using any controlled substances. |
| | On April 10, 2008, the offender submitted a urine sample that was positive for marijuana. He admitted using the drug to the probation officer. |
| | Evidence to support this violation is contained in a questionnaire completed by Mr. Woodcook on April 10, 2008, and the probation officer's chronological notes dated April 10, 2008 |
| Two | There is probable cause to believe that the offender violated special condition number four that he shall participate in and complete a program of substance abuse testing and treatment. |
| | On June 6, 2008, the offender missed a scheduled urinalysis test at his treatment provider in Hayward, CA. |
| | Evidence to support this violation is contained in a memorandum sent to the probation officer on June 6, 2008, by Sharper Future. |

### Action Taken and Reason

Mr. Woodcook is addressing his substance abuse issues with his counselors. He is also attending mental health treatment. He has recently moved from San Leandro to Discovery Bay, and will be directed to attend counseling in Walnut Creek, CA. Mr. Woodcook is working full time, and is otherwise in compliance with his court ordered conditions of supervision. He is making monthly restitution payments toward his financial obligation. It is respectfully requested that he continue under community supervision, and the court take notice of the aforementioned violations.

Assistant U.S. Attorney James Mann has been notified and there are no objections.

Respectfully submitted,                           Reviewed by:

_____                         _____
John D. Woods                                     Daniel Zurita
U.S. Probation Officer                            Supervisory U.S. Probation Officer

Date Signed: July 8, 2008

---

THE COURT ORDERS:
- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:


_____7-10-08_____                                 _____
Date                                              D. Lowell Jensen
                                                  Senior United States District Judge