1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 12th St. –Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant Woodcook

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00293-01-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE AND |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| SHANE WOODCOOK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of July 17, 2009 presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for July 31, 2009 at 9:00 a.m. for STATUS or DISPOSITION HEARING.

The reason for this request is that the Probation Office would like additional time to assess this case and Mr. Woodcock's comportment before taking a position as to disposition.

No time exclusion is applicable, as this is a revocation case.

Date   7/16/09
                                       /s/
                                       John Paul Reichmuth
                                       Assistant Federal Public Defender
                                       Counsel for defendant WOODCOOK

1

1
2
3  Date    07/16/09                          /s/
                                        Dominique Thomas
4                                       Assistant United States Attorney

5       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.          /S/ John Paul Reichmuth
6                                        Counsel for Defendant Woodcook

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2

ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to July 31, 2009 at 9:00 a.m. for STATUS ON REVOCATION.

IT IS SO ORDERED.

\_\_July 17, 2009_____       _____
Date                                                HON. D. LOWELL JENSEN
                                                    UNITED STATES DISTRICT JUDGE