1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. –Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant Woodcook

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00293-01-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE; **ORDER** |
| vs. | ) | |
| SHANE WOODCOOK, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of October 30, 2009 presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for December **11**, 2009 at 9:00 a.m. for STATUS or DISPOSITION HEARING.

The reason for this request is that the Probation Office would like additional time to assess this case, Mr. Woodcook's comportment, and the outcome of a pending state matter, before taking a position as to disposition.

//

1

1  No time exclusion is applicable, as this is a revocation case.

2
          Date   10/29/09                           /s/
                                              John Paul Reichmuth
3                                                Assistant Federal Public Defender
                                              Counsel for defendant WOODCOOK

6                                                /s/
          Date   10/29/09                           Wade Rhyne for Dominique Thomas
7                                                Assistant United States Attorney

9     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
                                                                         Counsel for Defendant Woodcook

1
2
3                                              ORDER
4        IT IS HEREBY ORDERED THAT the above-captioned matter be continued from
5  October 30, 2009 to **December 11, 2009 at 9:00 a.m. for STATUS ON REVOCATION**.
6        IT IS SO ORDERED.
7
8
9    __October 30, 2009__
     Date                                    HON. D. LOWELL JENSEN
10                                           UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26