BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. –Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Woodcook

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00293-01-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE;  ORDER |
| vs. | ) | |
| SHANE WOODCOOK, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of January 22, 2010 presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for February 19, 2010 at 9:00 a.m. for STATUS or DISPOSITION HEARING.

The reason for this request is that the Probation Office would like additional time to assess this case, Mr. Woodcook's comportment, and the outcome of a pending state matter, before taking a position as to disposition.

//

1

1  No time exclusion is applicable, as this is a revocation case.

2  Date   1/21/10                              /s/
                                               John Paul Reichmuth
3                                              Assistant Federal Public Defender
                                               Counsel for defendant WOODCOOK

6                                              /s/
   Date   1/21/10                              Dominique Thomas
7                                              Assistant United States Attorney

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
                                               Counsel for Defendant Woodcook

2

ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter be continued from January 22, 2010 to February 19, 2010 at 9:00 a.m. for STATUS ON REVOCATION.

IT IS SO ORDERED.

_January 22, 2010_  
Date

HON. D. LOWELL JENSEN  
UNITED STATES DISTRICT JUDGE